UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ashish Bhardwaj

        Plaintiff,

                                            Civil Action: 06-1968
V.                                        Judge: Colleen Kollar-Kotelly

Michael Chertoff, et al.

        Defendants.

## PRAECIPE

The Plaintiff hereby requests that this case be dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(i).

                                      Respectfully submitted,

                                      Rajiv S. Khanna,
                                      D.C. Bar No. 419023
                                      Law Offices of Rajiv S. Khanna, P.C.
                                      5225 N. Wilson Boulevard
                                      Arlington, Virginia 22205
                                      Phone: 703-908-4800, Extension 110
                                      Facsimile: 703-908-4890
                                      e-mail: rskhanna@immigration.com
                                      Attorney for Plaintiff